# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA A. DIAZ,<br><br>           Petitioner,<br>   v.<br><br>D.K. JOHNSON, Warden,<br><br>           Respondent. | Case No. ED CV 15-01543 AG (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: March 31, 2016

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE